# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-2857

_____

Despina Ghement,                                    *
                                                    *
            Appellant,                              *
                                                    *   Appeal from the United States
      v.                                            *   District Court for the
                                                    *   Eastern District of Missouri.
Washington University,                              *
                                                    *        [UNPUBLISHED]
            Appellee.                               *

_____

Submitted:  October 6, 1999

Filed:  October 12, 1999

_____

Before BEAM, LOKEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Despina Ghement appeals the district court's[1] adverse grant of summary judgment in her employment discrimination suit against her former employer, Washington University.  After careful de novo review of the record and the parties' submissions, we conclude the district court correctly granted summary judgment in Washington University's favor.  Accordingly, we dismiss Washington University's motion to strike as moot.  See Stewart v. Professional Computer Ctrs., Inc., 148 F.3d

_____

[1]The Honorable Charles A. Shaw, United States District Judge for the Eastern District of Missouri.

937, 940 n.3 (8th Cir. 1998) (motion to strike dismissed as moot where challenged documents and sections of brief were not relied on in considering merits of appeal). As to Mrs. Ghement's motion to strike, we find that it lacks merit because the documents she seeks to strike were in fact before the district court, and her request to supplement the record is denied because she has offered no reason for the record being incomplete below. See Rivers-Frison v. Southeast Mo. Community Treatment Ctr., 133 F.3d 616, 691 n.2 (8th Cir. 1998) (record on appeal consists only of evidence presented to district court). We also conclude a comprehensive opinion would lack precedential value. We thus affirm the district court's ruling without further discussion. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.